1  TODD BLANCHE
   Deputy Attorney General of the United States
2  SIGAL CHATTAH
   First Assistant United States Attorney
3  District of Nevada
   Nevada Bar Number 8264
4  JAMES J. GAETA
   Assistant United States Attorney
5  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
6  (702) 388-6336
   James.Gaeta@usdoj.gov
7  *Attorneys for the United States*

```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

         FEB 1 0 2026

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____ DEPUTY
```

8              UNITED STATES DISTRICT COURT
                    DISTRICT OF NEVADA
9

10 UNITED STATES OF AMERICA,          **CRIMINAL INDICTMENT**

11              Plaintiff,             Case No. 2:26-cr-0018-CDS-NJK

12      v.                             **VIOLATION:**

13 DAVEON LAMAR HORN,                  18 U.S.C. § 39A –
                                       Aiming a Laser Pointer at an Aircraft
14              Defendant.

15

16 **THE GRAND JURY CHARGES THAT:**

17                       **COUNT ONE**
                *Aiming a Laser Pointer at an Aircraft*
18                        (18 U.S.C. § 39A)

19      On or about September 24, 2025, in the State and District of Nevada,

20                     **DAVEON LAMAR HORN,**

21 defendant herein, knowingly aimed the beam of a laser pointer at and in the flight path of

22 an aircraft in the special aircraft jurisdiction of the United States, that is, a Las Vegas

23

1 | Metropolitan Police Department helicopter bearing aircraft registration number N530JL, in
2 | violation of Title 18, United States Code, Section 39A.

3 |     DATED: this 10th day of February 2026.

4 | **A TRUE BILL:**

5 |     /S/
    FOREPERSON OF THE GRAND JURY

TODD BLANCHE
Deputy Attorney General

_/s/ James J. Gaeta_
JAMES J. GAETA
Assistant United States Attorney